**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

2:26-cv-01901-DCN

| | |
|---|---|
| Children's Museum of the Lowcountry, | C/A NO: _____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Automatic Data Processing Services, Inc., | **(Jury Trial Demanded)** |
| Defendant. | |

Children's Museum of the Lowcountry ("Children's Museum") complaining of Automatic Data Processing Services, Inc.'s ("ADP") alleges as follows:

## PARTIES, JURISDICTION, AND VENUE

1.    Children's Museum is a non-profit corporation organized and existing pursuant to the laws of the State of South Carolina.

2.    Upon information and belief, ADP is a corporation organized and existing pursuant to the laws of the State of New Jersey.

3.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.    Venue is proper in this district and this division pursuant to 28 U.S.C § 1391(b) and Local Civ. Rule 3.01 as the events giving rise to this complaint arose in Charleston County, South Carolina.

HSB #11590393 v2

## FACTS

5.     Children's Museum is a children's museum with offices and facilities located in Charleston, South Carolina It is dedicated to fostering creativity and problem-solving skills in children.

6.     ADP is a payroll servicing system which assumes all aspects of employee payroll processing and payments on behalf of other businesses.

7.     On or about January 2013, Children's Museum contracted with ADP for its payroll services on behalf of its employees.

8.     ADP acted as Children's Museum's payroll system service provider through the COVID-19 pandemic.

9.     As a part of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), an incentive referred to as the Employee Retention Credit was enacted by Congress and designed to encourage employers of qualifying businesses and charitable organizations to keep employees on their payroll despite experiencing economic hardship related to COVID-19.

10.     Although Children's Museum, as a 501(c)(3) non-profit corporation, is a tax-exempt organization, it was eligible for the Employee Retention Credit program as an "eligible employer" if it experienced either (1) a full or partial suspension of business operations due to COVID-19 pandemic governmental orders, or (2) a 50%, or more, decline in gross revenue in 2020 as compared to 2019 gross revenue or a 20% decline in gross revenue in 2021 as compared to 2019.

11.     During the COVD-19 pandemic, Children's Museum experienced a decrease in visitors due to the virus and preventative measures enacted by governmental orders which limited

HSB #11590393 v2

the maximum number of visitors to Children's Museum and, consequently, impacted the ticket sales and overall revenue for the Children's Museum.

12.     As a result, Children's Museum was eligible to apply for Employee Retention Credits for employees it retained through the COVID-19 pandemic.

13.     Under the Employment Retention Credit program, in 2020, eligible employers, like Children's Museum, were eligible to claim Employee Retention Credits equal to 50% of up to $10,000 in qualified wages (including qualified health plan expenses), on wages paid after March 12, 2020, and before January 1, 2021.

14.     In 2020, the total maximum Employee Retention Credit was $5,000.00 per employee for the calendar year.

15.     In 2021, the Employee Retention Credit became worth 70% of up to $10,000.00 of qualified wages per employee *per quarter* instead of annually.

16.     To receive Employee Retention Credits, a company must apply to the IRS using its Federal Employer Identification Number ("FEIN").

17.     Because ADP served as the payroll processing provider for Children's Museum during 2020 and 2021, ADP was responsible for applying to the IRS for the Employee Retention Credits using ADP's FEIN on the Children's Museum's behalf.

18.     On or about April 15, 2023, ADP, on behalf of Children's Museum, applied for Employee Retention Credits for the employees Children's Museum retained through the COVID-19 pandemic.

19.     In total, Children's Museum applied for Employee Retention Credit for the fourth quarter of 2020, the first quarter of 2021, and the second quarter of 2021.

HSB #11590393 v2

20.     For the fourth quarter of 2020, Children's Museum is eligible to receive $55,307.85 in Employee Retention Credits.

21.     For the first quarter of 2021, Children's Museum is eligible to receive $68,910.05 in Employee Retention Credits.

22.     For the second quarter of 2021, Children's Museum is eligible to receive $14,916.31 in Employee Retention Credits.

23.     In total, Children's Museum is eligible to receive $139,134.21 in Employee Retention Credits from the IRS.

24.     On April 16, 2024, ADP notified Children's Museum that it had received "(at least) one quarter of your ERTC credit(s). A member of our Payroll Support team will contact you withing the next 1-2 weeks once the credit is procced. In addition, they will also provide you with details of your credit(s), such as specific quarter refunded amount."

25.     To date, despite repeated demands, ADP has not paid any of the Employee Retention Credits it received from the IRS to Children's Museum and, upon information and belief, is wrongfully withholding $139,134.21 from the Children's Museum.

**FOR A FIRST CAUSE OF ACTION**
**(BREACH OF CONTRACT)**

26.     Children's Museum incorporates and realleges the allegations contained in the paragraphs above as if set forth herein verbatim.

27.     Children's Museum and ADP entered into an agreement wherein ADP agreed to apply for Employee Retention Credits on Children's Museum's behalf and release the Employee Retention Credits to Children's Museum within a reasonable time upon receipt of the Employee Retention Credits from the IRS.

28. ADP has failed to release the $139,134.21 in Employee Retention Credits received from the IRS on behalf of Children's Museum in breach of the agreement.

29. Despite repeated requests for payments, ADP has failed and refused to pay Children's Museum the amounts owed, and accordingly,

30. Children's Museum is entitled to judgment against ADP for $139,134.21, plus prejudgment interest to the date of judgment.

## FOR A SECOND CAUSE OF ACTION
### (UNJUST ENRICHMENT)

31. Children's Museum incorporates and realleges the allegations contained in the paragraphs above as if set forth herein verbatim.

32. ADP has received approximately $139,134.21 in Employee Retention Credits on behalf of Children's Museum.

33. To date, ADP has failed to pay Children's Museum the $139,134.21 in Employee Retention Credits it received on Children's Museum's behalf.

34. Therefore, ADP has retained the benefit of Children's Museum's Employee Retention Credit.

35. Allowing ADP to retain the $139,134.21 in Employee Retention Credits that rightfully belong to Children's Museum would be unfair and unjust.

36. Children's Museum is entitled to judgment against ADP in the amount of $139,134.21, plus prejudgment interest to the date of judgment.

**WHEREFORE,** Children's Museum prays that the Court enters judgment as follows:

a. For judgment to be entered against ADP in the amount of $139,134.21;

b. For prejudgment interest to the date of judgment;

HSB #11590393 v2

c.  For such other and further relief as this Court deems just and proper.

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

*s/Sarah A. Hodges*

James Y. Becker, Federal ID No: 5733
Sarah A. Hodges, Federal ID No: 14234
1201 Main Street, 22nd Floor (29201-3226)
Post Office Box 11889 (29211-1889)
Columbia, South Carolina
Telephone: (803) 779-3080
jbecker@hsblawfirm.com
shodges@hsblawfirm.com

May 8, 2026                          ***Attorneys for Children's Museum of the***
Columbia, South Carolina            ***Lowcountry***

HSB #11590393 v2